Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Jose Camarillo*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMARILLO<br><br>      Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; and USCB INC.<br><br>      Defendant. | Case No.: 5:23-CV-00350-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC., and USCB INC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Jose Camarillo ("Plaintiff") and Defendants Kaiser Foundation Health Plan, Inc., and USCB Inc. ("Defendants") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendants within the next forty-five (45) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendants. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: May 2, 2023 | By: */s/ Youssef H. Hammoud* <br> Youssef H. Hammoud (SBN: 321934) <br> HAMMOUD LAW, P.C. <br> 3744 E. Chapman Ave., #F12269 <br> Orange, CA 92859 <br> T: (949) 301-9692 <br> F: (949) 301-9693 <br> yh@lawhammoud.com <br><br> Attorney for Plaintiff <br> Jose Camarillo |

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*