JS-6

Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Jose Camarillo*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMARILLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; and USCB INC.<br><br>　　　　Defendants. | Case No.: 5:23-cv-00350-SP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS KAISER FOUNDATION HEALTH PLAN, INC. and USCB INC.** |

　　Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendants Kaiser Foundation Health Plan, Inc. ("Kaiser") and USCB Inc. ("USCB), and good cause appearing

　　**IT IS ORDERED** that the Stipulation is **GRANTED.**  The above-entitled matter is hereby dismissed with prejudice against Defendants Kaiser and USCB.

Dated: June 20, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Sheri Pym
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge